**Wessell, Nickel and Gross**
Nina Butler

July 12, 2021

To whom it may concern:

I am writing to offer a character reference for Jennifer Parks.

I have known Jennifer for over 25 years personally as well as a Piano Technician and installer for our PianoDisc products and have only positive things to say about her character. I have no doubts about her honesty, loyalty and commitment.

I have requested her assistance with problematic service calls and know first hand the care and pride she demonstrates in her craft and witnessed the respect and trust her customers have for her.

In closing Jennifer has my full support and pray this situation finds in favor of this good person.

Sincerely,

Nina Butler

July 14, 2021

To Whom It May Concern:

My name is Kristen Walker. I am a retired high school teacher. I have known Jennifer Parks for over 46 years, and I am her sister-in-law. As family, we talk regularly and visit several times a year. I believe Jennifer to be a conscientious, honorable, loyal and responsible person.

Jennifer has accepted responsibility the entire time I have known her. In high school, she was a good student and an excellent musician. She was given the responsibility of Drum Major and performed that job well. After marriage and having children, she added to those responsibilities by taking educational classes to become a piano tuner-technician and starting her own business. She and her husband, Sheldon, have made a home for my 90 year old mother-in-law (and my father-in-law before his death) for over 15 years. As the owner of a small business, she is responsible for all the work that is done.

Jennifer is conscientious in many ways and areas. She has always demonstrated attention to detail in her business. Tuning, rebuilding and accessorizing pianos is an exceptionally detailed profession. One way I witnessed this was the instance where she had purchased an antique player piano that was in a neglected condition. She painstakingly rebuilt the piano including each little valve that the air must use to press each key. She was very thorough and did an excellent job.

One of Jennifer's most important traits is her honorability. She is a regular church attender and has high morals and values that she acts within. She has been happily married to Sheldon for over 40 years. As an Army wife, She served her country by experiencing many deployment separations and moves. During each separation and move, she faithfully worked hard to keep her family together, make them well-adjusted, and kept her business going.

Even though charges have been brought against Jennifer, I don't believe it is within her character to intentionally do anything unlawful.

Sincerely,

Kristen S. Walker



Rev. Shane Spangler



July 8, 2021

RE: Jennifer Parks Character Reference

To Whom It May Concern:

I am writing to you in reference to Jennifer Parks. I have known Jennifer for seventeen years as a friend and as a gifted craftsman and piano technician, who has rebuilt and maintained pianos for my churches, my family, neighbors, and my home.

Through the years, I have also come to know Jennifer as a dedicated wife, mother, grandmother, and daughter, and as a caregiver. She has essentially restructured her home and life so that she could care for others, including her mother and father, her daughter and her grandchildren. Through it all, she always makes time to work on our pianos, especially in holiday seasons and before concerts.

It is a joy to work with Jennifer, because not only does she do world-class work, she is trustworthy. I pastor two churches, so am rarely at home when she works on my piano. I know I can trust her to be in my home, my churches, or any other facility.

Please do not hesitate to contact me if I can provide you with any other information regarding Jennifer Parks.

Sincerely Yours,


Shane Spangler



To whomever it may concern:

My name is Rajeev Bajpeyi and I have lived in the United States for 20 years and counting.

Since I came here as a student from India in 2001, I have met several people, but some stand out more than others. Jennifer Parks is amongst them. I met Jennifer in 2019 when I had started dating her daughter Stephanie. What stood out in my first meeting was her respect for me and a genuine interest in getting to know me better. To this day, that respect and interest has not faded.

I myself have had an opportunity to know her better over the past couple of years. Her love for life and everyone around her is palpable. I have never seen her be rude or confrontational with anyone. She loves her family and friends and has a general respect for other people. She is also incredible with her grand children and is deeply involved in their lives.

I personally attest to the excellent character of Jennifer and I sincerely wish and hope there are more people like her in this world.

Your's truly,

Rajeev Bajpeyi