Dear Judge Nichols,                                                                                                        25 November 2021

Since January 6th last year my life has turned upside down. I was devastated when I learned of the violence that had occurred at the Capitol that day, and that I had been a part of it.

When I was told on April 23rd that there was an arrest warrant out for me, I was terrified. I live a simple life; I worked part time, took care of my three grandkids, took care of my 90-year-old mother, and enjoyed being with my husband of 41 years. Now all these things have changed to some degree.

My mother was so traumatized by my arrest that we had to move her to a retirement home. She struggles to try and understand what happened. How can I help her when I can hardly understand it myself?

The news article that was released about my arrest included my phone number, and I receive disturbing calls and texts.  Because of this I decided to retire early and close my business that I've had for 35 years. Having to change my phone number would be difficult at this stage in my business and the phone number they released was also my business number.

A week after my original arrest I was going to a doctor's appointment on Ft. Leavenworth, but I was stopped at the gate when I showed them my military ID card to enter. I was surrounded by 7 police vehicles and arrested in an aggressive manor and taken to the county jail. My lawyer was able to learn that there was an error by the FBI. They had not cleared my warrant from the previous week. This event has had a lasting effect on me and 7 months later I still can't bring myself to go on base where it happened.

All these changes are difficult and challenging but I realize they are consequences of my actions on January 6th. If I could have that day back, I would not have gone to Washington D.C., and I certainly would not have walked to the capitol.  I sincerely apologize for my actions. I believe I am wiser and more discerning now than I was then and I will spend years trying to make it up to the people I've disappointed.

Sincerely,

Jennifer Parks