UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Cr. No. 21-cr-00363(CJN) |
| | : | |
| **Jennifer Parks,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is a Motion for Early Termination of Probation.  For the reasons set forth therein, and for good cause shown, it is

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Jennifer Parks be discharged on this day from her term of probation originally set to expire on December 7, 2023.

DATE: August 8, 2023

_____
Honorable Carl J. Nichols
United States District Judge